# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: KELLER, CHRISTOPHER STEVEN | § | Case No. 12-10989 |
| KELLER, BILLIE KAY | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES W. RISKE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $25,923.61
*(without deducting any secured claims)*

Assets Exempt: $11,923.61

Total Distribution to Claimants: $56,674.42

Claims Discharged
Without Payment: $53,932.18

Total Expenses of Administration: $13,020.52

3) Total gross receipts of $ 86,900.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 17,205.06 (see **Exhibit 2**), yielded net receipts of $69,694.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $53,181.31 | $53,181.31 | $53,181.31 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 13,020.52 | 13,020.52 | 13,020.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | 26,740.47 | 57,425.29 | 57,425.29 | 3,493.11 |
| **TOTAL DISBURSEMENTS** | $26,740.47 | $123,627.12 | $123,627.12 | $69,694.94 |

4)  This case was originally filed under Chapter 7 on September 28, 2012. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _09/12/2013_____    By: _/s/CHARLES W. RISKE, TRUSTEE_____
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| house and lot on which it is situated located at | 1110-000 | 86,900.00 |
| **TOTAL GROSS RECEIPTS** | | $86,900.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ward Title insurance Agency, LLC | Exemption to Debtors | 8100-002 | 11,159.73 |
| Ward Title insurance Agency, LLC | Settlement to Debtors | 8100-002 | 6,045.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $17,205.06 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ward Title insurance Agency, LLC | 4110-000 | N/A | 37,355.92 | 37,355.92 | 37,355.92 |
| | Ward Title insurance Agency, LLC | 4120-000 | N/A | 5,114.40 | 5,114.40 | 5,114.40 |
| | Ward Title insurance Agency, LLC | 4700-000 | N/A | 934.20 | 934.20 | 934.20 |
| | Ward Title insurance Agency, LLC | 4120-000 | N/A | 9,776.79 | 9,776.79 | 9,776.79 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $53,181.31 | $53,181.31 | $53,181.31 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES W. RISKE, TRUSTEE | 2100-000 | N/A | 6,734.75 | 6,734.75 | 6,734.75 |
| CHARLES W. RISKE, TRUSTEE | 2200-000 | N/A | 901.83 | 901.83 | 901.83 |
| Ward Title insurance Agency, LLC | 3510-000 | N/A | 5,214.00 | 5,214.00 | 5,214.00 |
| Ward Title insurance Agency, LLC | 2500-000 | N/A | 140.00 | 140.00 | 140.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.84 | 12.84 | 12.84 |
| Rabobank, N.A. | 2600-000 | N/A | 17.10 | 17.10 | 17.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,020.52 | $13,020.52 | $13,020.52 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | American InfoSource LP as agent for Target | 7100-000 | 2,735.46 | 2,707.80 | 2,707.80 | 164.72 |
| 2 | Credit First NA | 7100-000 | 1,075.28 | 1,052.13 | 1,052.13 | 64.01 |
| 3 -2 | Tri-County Feed and Fertilizer | 7100-000 | N/A | 30,587.21 | 30,587.21 | 1,860.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 472.76 | 457.41 | 457.41 | 27.82 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 1,464.80 | 1,443.83 | 1,443.83 | 87.83 |
| 6 | US BANK N.A. | 7100-000 | N/A | 90.81 | 90.81 | 5.52 |
| 7 | Capital One NA | 7100-000 | 1,894.02 | 1,894.02 | 1,894.02 | 115.21 |
| 8 | Capital One, N.A. | 7100-000 | 230.28 | 202.94 | 202.94 | 12.34 |
| 9 | PYOD LLC its successors and assigns | 7100-000 | 2,706.39 | 2,675.43 | 2,675.43 | 162.74 |
| 10 | PYOD LLC its successors and assigns | 7100-000 | 1,816.01 | 1,816.01 | 1,816.01 | 110.47 |
| 11 | PYOD LLC its successors and assigns | 7100-000 | 1,107.03 | 1,107.03 | 1,107.03 | 67.34 |
| 12 | Portfolio Investments II LLC | 7100-000 | 611.76 | 611.76 | 611.76 | 37.21 |
| 13 | Capital Recovery V, LLC | 7100-000 | 2,405.00 | 2,478.62 | 2,478.62 | 150.77 |
| 14 | Capital Recovery V, LLC | 7100-000 | 4,910.89 | 5,006.31 | 5,006.31 | 304.53 |
| 15 | Capital Recovery V, LLC | 7100-000 | 462.65 | 445.84 | 445.84 | 27.12 |
| 16 | Capital Recovery V, LLC | 7100-000 | 760.60 | 760.60 | 760.60 | 46.27 |
| 17 | Capital Recovery V, LLC | 7100-000 | 414.01 | 414.01 | 414.01 | 25.18 |
| 18 | Capital Recovery V, LLC | 7100-000 | 1,723.73 | 1,723.73 | 1,723.73 | 104.85 |
| 19 | Capital Recovery V, LLC | 7100-000 | 1,949.80 | 1,949.80 | 1,949.80 | 118.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $26,740.47 | $57,425.29 | $57,425.29 | $3,493.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-10989 | **Trustee:** (450460)    CHARLES W. RISKE, TRUSTEE |
| **Case Name:** KELLER, CHRISTOPHER STEVEN | **Filed (f) or Converted (c):** 09/28/12 (f) |
| KELLER, BILLIE KAY | **§341(a) Meeting Date:** 10/26/12 |
| **Period Ending:** 09/12/13 | **Claims Bar Date:** 05/03/13 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | house and lot on which it is situated located at | 100,000.00 | 7,500.00 | | 86,900.00 | FA |
| 2 | cash | 7.00 | 0.00 | | 0.00 | FA |
| 3 | Commerce Bank checking acct. ending in 281 certi | 669.17 | 0.00 | | 0.00 | FA |
| 4 | Debtors have a water deposit with City of Cape G | 10.00 | 0.00 | | 0.00 | FA |
| 5 | lawn mower; misc. appliances; misc. furniture, T | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | movie DVDs stamp, coin, record, tape, disc, and | 30.00 | 0.00 | | 0.00 | FA |
| 7 | debtors' clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8 | her wedding ring | 50.00 | 0.00 | | 0.00 | FA |
| 9 | treadmill and other hobby equipment. | 10.00 | 0.00 | | 0.00 | FA |
| 10 | term life insurance policy insuring husband's li | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Profit sharing/retirement plan through husband's | 3,947.44 | 0.00 | | 0.00 | FA |
| 12 | Counterclaim against James Keller & Vicki Vernon | Unknown | 0.00 | | 0.00 | FA |
| 13 | 1979 Ford F250 Pickup | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2010 Ford Escape w/27,000+ miles (4 cylinder) | 18,000.00 | 0.00 | | 0.00 | FA |
| 15 | misc. hand tools | 100.00 | 0.00 | | 0.00 | FA |
| 16 | NO ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 17 | NO ASSET | 0.00 | 0.00 | | 0.00 | FA |
| **17** | **Assets    Totals** (Excluding unknown values) | **$125,923.61** | **$7,500.00** | | **$86,900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR

**Initial Projected Date Of Final Report (TFR):**    September 28, 2013          **Current Projected Date Of Final Report (TFR):**    May 30, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 12-10989 | | | **Trustee:** | CHARLES W. RISKE, TRUSTEE (450460) | |
| **Case Name:** | KELLER, CHRISTOPHER STEVEN | | | **Bank Name:** | Rabobank, N.A. | |
| | KELLER, BILLIE KAY | | | **Account:** | ****458566 - Checking Account | |
| **Taxpayer ID #:** | **-***5194 | | | **Blanket Bond:** | $8,200,000.00 (per case limit) | |
| **Period Ending:** | 09/12/13 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/13 | | Ward Title Insurance Agency, LLC | Sale of real estate | | 11,159.63 | | 11,159.63 |
| | | | First Mortgage | -37,355.92 | 4110-000 | | 11,159.63 |
| | | | Child Support Lien | -5,114.40 | 4120-000 | | 11,159.63 |
| | | | Real Estate Taxes | -934.20 | 4700-000 | | 11,159.63 |
| | | | Realtor Commission | -5,214.00 | 3510-000 | | 11,159.63 |
| | | | Judment Lien | -9,776.79 | 4120-000 | | 11,159.63 |
| | | | Exemption to Debtors | -11,159.73 | 8100-000 | | 11,159.63 |
| | | | Closing Costs | -140.00 | 2500-000 | | 11,159.63 |
| | | | Settlement to Debtors | -6,045.33 | 8100-002 | | 11,159.63 |
| | {1} | | Sale of House | 86,900.00 | 1110-000 | | 11,159.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | 12.84 | 11,146.79 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | 17.10 | 11,129.69 |
| 08/01/13 | 101 | American InfoSource LP as agent for Target | First and Final Distribution | | 7100-000 | 164.72 | 10,964.97 |
| 08/01/13 | 102 | Credit First NA | First and Final Distribution | | 7100-000 | 64.01 | 10,900.96 |
| 08/01/13 | 103 | Tri-County Feed and Fertilizer | First and Final Distribution | | 7100-000 | 1,860.58 | 9,040.38 |
| 08/01/13 | 104 | US BANK N.A. | First and Final Distribution | | 7100-000 | 5.52 | 9,034.86 |
| 08/01/13 | 105 | Capital One NA | First and Final Distribution | | 7100-000 | 115.21 | 8,919.65 |
| 08/01/13 | 106 | Capital One, N.A. | First and Final Distribution | | 7100-000 | 12.34 | 8,907.31 |
| 08/01/13 | 107 | Portfolio Investments II LLC | First and Final Distribution | | 7100-000 | 37.21 | 8,870.10 |
| 08/01/13 | 108 | CHARLES W. RISKE, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,636.58 | 1,233.52 |
| | | | Dividend paid 100.00% 6,734.75 on $6,734.75; Claim# ; Filed: $6,734.75 | 2100-000 | | | 1,233.52 |
| | | | Dividend paid 100.00% 901.83 on $901.83; Claim# ; Filed: $901.83 | 2200-000 | | | 1,233.52 |
| 08/01/13 | 109 | Capital Recovery V, LLC | Combined Check for Claims#13,14,15,16,17,18,19 | | | 777.32 | 456.20 |
| | | | Dividend paid 6.08% on 150.77 $2,478.62; Claim# 13; Filed: $2,478.62; Reference: 1152 | 7100-000 | | | 456.20 |
| | | | Dividend paid 6.08% on 304.53 $5,006.31; Claim# 14; Filed: $5,006.31; | 7100-000 | | | 456.20 |

| | | | Subtotals : | | $11,159.63 | $10,703.43 | |

{} Asset reference(s)

Printed: 09/12/2013 02:20 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-10989 |
| **Case Name:** | KELLER, CHRISTOPHER STEVEN |
| | KELLER, BILLIE KAY |
| **Taxpayer ID #:** | **-***5194 |
| **Period Ending:** | 09/12/13 |

| | |
|---|---|
| **Trustee:** | CHARLES W. RISKE, TRUSTEE (450460) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****458566 - Checking Account |
| **Blanket Bond:** | $8,200,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Reference: 5249 | | | | | |
| | | | Dividend paid  6.08% on<br>$445.84;  Claim# 15;<br>Filed: $445.84;<br>Reference: 3542 | 27.12 | 7100-000 | | | 456.20 |
| | | | Dividend paid  6.08% on<br>$760.60;  Claim# 16;<br>Filed: $760.60;<br>Reference: 1548 | 46.27 | 7100-000 | | | 456.20 |
| | | | Dividend paid  6.08% on<br>$414.01;  Claim# 17;<br>Filed: $414.01;<br>Reference: 2531 | 25.18 | 7100-000 | | | 456.20 |
| | | | Dividend paid  6.08% on<br>$1,723.73;  Claim# 18;<br>Filed: $1,723.73;<br>Reference: 0434 | 104.85 | 7100-000 | | | 456.20 |
| | | | Dividend paid  6.08% on<br>$1,949.80;  Claim# 19;<br>Filed: $1,949.80;<br>Reference: 1152 | 118.60 | 7100-000 | | | 456.20 |
| 08/01/13 | 110 | PYOD LLC its successors and<br>assigns | Combined Check for Claims#9,10,11 | | | | 340.55 | 115.65 |
| | | | Dividend paid  6.08% on<br>$2,675.43;  Claim# 9;<br>Filed: $2,675.43;<br>Reference: 0267 | 162.74 | 7100-000 | | | 115.65 |
| | | | Dividend paid  6.08% on<br>$1,816.01;  Claim# 10;<br>Filed: $1,816.01;<br>Reference: 5793 | 110.47 | 7100-000 | | | 115.65 |
| | | | Dividend paid  6.08% on<br>$1,107.03;  Claim# 11;<br>Filed: $1,107.03;<br>Reference: 3972 | 67.34 | 7100-000 | | | 115.65 |
| 08/01/13 | 111 | Quantum3 Group LLC as agent for | Combined Check for Claims#4,5 | | | | 115.65 | 0.00 |
| | | | Dividend paid  6.08% on<br>$457.41;  Claim# 4;<br>Filed: $457.41;<br>Reference: 5272 | 27.82 | 7100-000 | | | 0.00 |

Subtotals :    $0.00    $456.20

{} Asset reference(s)

Printed: 09/12/2013 02:20 PM    V.13.13

Exhibit 9

# **Form 2**

Page: 3

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 12-10989 |
| Case Name: | KELLER, CHRISTOPHER STEVEN |
| | KELLER, BILLIE KAY |
| Taxpayer ID #: | **-***5194 |
| Period Ending: | 09/12/13 |

| | |
|---|---|
| Trustee: | CHARLES W. RISKE, TRUSTEE (450460) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****458566 - Checking Account |
| Blanket Bond: | $8,200,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid  6.08% on          87.83<br>$1,443.83;  Claim# 5;<br>Filed: $1,443.83;<br>Reference: 8778 | 7100-000 | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 11,159.63 | 11,159.63 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 11,159.63 | 11,159.63 | |
| | Less: Payments to Debtors | | | 17,205.06 | |
| | **NET Receipts / Disbursements** | | **$11,159.63** | **$-6,045.43** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****458566** | 11,159.63 | -6,045.43 | 0.00 |
| | $11,159.63 | $11,159.63 | $0.00 |

{} Asset reference(s)